UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  25cr10096 |
| | ) |
| v. | ) Violation: |
| | ) |
| ANGEL LUIS MORALES TORRES, | ) |
| | ) Count One: Damage, Disabling, or |
| Defendant | ) Destruction of Aircraft |
| | ) (18 U.S.C. § 32(a)(1)) |
| | ) |

## INDICTMENT

## COUNT ONE
Damage, Disabling, or Destruction of Aircraft
(18 U.S.C. § 32(a)(1))

The Grand Jury charges:

On or about January 7, 2025, in the District of Massachusetts, the defendant,

ANGEL LUIS MORALES TORRES,

did knowingly and willfully damage and disable a JetBlue Airbus A320 aircraft, registration number N634JB, which was a civil aircraft used, operated, and employed in interstate commerce.

All in violation of Title 18, United States Code, Section 32(a)(1).

A TRUE BILL

███████████████████
FOREPERSON

*/s/ Lauren Maynard*
LAUREN MAYNARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 13, 2025
Returned into the District Court by the Grand Jurors and filed.

*Dawn M. King 1:25pm*
DEPUTY CLERK